UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ERNIE PULLEY,** | ) |
| **Petitioner** | ) |
| v. | ) **Case No. 5:06-CV-00793-RDP-HGD** |
| **KENNETH JONES, WARDEN,** and **THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | ) |
| **Respondents** | ) |

## FINAL JUDGMENT

On August 16, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On August 27, 2007, Petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and Petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED**.

**DONE** and **ORDERED** this ___31st___ day of August, 2007.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE